IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BUDDY LLOYD PARKER | § | |
| v. | § | CIVIL ACTION NO. 6:09cv106 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Petitioner Buddy Parker, proceeding *pro se*, filed this application for the writ of habeas corpus under 28 U.S.C. §2254 complaining of disciplinary action taken against him during his confinement in TDCJ-CID. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Parker complained that he was denied due process in a prison disciplinary case, which was apparently for fighting or assaulting another inmate. As punishment for the case, Parker received 45 days of cell and commissary restrictions, reduction in classification status, and the loss of 30 days of good time credits. Parker acknowledged that he is not eligible for release on mandatory supervision.

After review of the pleadings, the Magistrate Judge issued a Report recommending that the petition be dismissed. The Magistrate Judge concluded, based on the Supreme Court's decision in Sandin v. Conner, 115 S.Ct. 2293, 2300 (1995) that Parker had failed to show the deprivation of a constitutionally protected liberty interest. *See also* Malchi v. Thaler, 211 F.3d 953, 959 (5th Cir. 2000). Thus, the Magistrate Judge recommended that the petition be dismissed and that Parker be denied a certificate of appealability *sua sponte*.

1

Parker received a copy of the Magistrate Judge's Report on March 17, 2009, but filed no objections thereto; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge. Upon such review, the Court has concluded that the Report of the Magistrate Judge is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge (docket no. 6) is ADOPTED as the opinion of the District Court. It is further

ORDERED that the above-styled application for the writ of habeas corpus be and hereby is DISMISSED with prejudice. It is further

ORDERED that the Petitioner Buddy Parker is hereby DENIED a certificate of appealability *sua sponte*. Alexander v. Johnson, 211 F.3d 895, 898 (5th Cir. 2000). Finally, it is

ORDERED that any and all motions which may be pending in this civil action are hereby DENIED.

**So ORDERED and SIGNED this 8th day of June, 2009.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**